UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BOB DeWITT and PEGGY DeWITT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No. 3:11-CV-393 |
| | ) |
| SPARTA INSURANCE CO., and | ) |
| ARTHUR J. GALLAGHER RISK | ) |
| MANAGEMENT SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the case captioned above is related to the previously-filed case styled <u>Sparta Insurance Co. v. Red Rock, LLC, et al.</u>, Case No. 3:11-CV-13 (Jordan/Guyton). The Court finds that these cases arise out of the same transaction or occurrence and involve one or more of the same parties, and are, therefore, related. Accordingly, the captioned case should be assigned to District Judge Leon Jordan and Magistrate Judge H. Bruce Guyton.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge