IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| BOB DeWITT and PEGGY DeWITT | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:11-CV-00393 |
| | ) |
| SPARTA INSURANCE CO., and | ) |
| ARTHUR J. GALLAGHER RISK | ) |
| MANAGEMENT SERVICES, INC., | ) |
| | ) |
| Defendants. | |

### STIPULATION OF EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

Defendant SPARTA Insurance Co. ("SPARTA"), together with Plaintiffs Bob DeWitt and Peggy DeWitt ("DeWitts"), by and through their undersigned respective counsel, hereby state to the Court that they have agreed pursuant to Local Rule 12.1 that SPARTA may have an additional 21 days in which to file its Answer to the Complaint filed by Plaintiffs [Doc. No. 1]. By agreement of the parties, SPARTA shall have until October 18, 2011 to file its Answer to Plaintiffs' Complaint.

Respectfully submitted,

/s/ Russell E. Stair
Russell E. Stair, Esq.
BASS, BERRY & SIMS
1700 Riverview Tower
900 S. Gay Street
Knoxville, Tennessee 37902
Tel: 865-521-2021
Fax: 866-299-5619
E-mail: rstair@bassberry.com

*Counsel for SPARTA Insurance Co.*

/s/ Jay W. Mader (w/ permission)
Jay W. Mader (BPR #016199)
Thomas M. Cole (BPR #001053)
ARNETT, DRAPER & HAGOOD
P O Box 300
Knoxville, TN 37901-0300
Tel: (865) 546-1000

*Counsel for Plaintiffs Bob DeWitt and Peggy DeWitt*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2011, I electronically filed the foregoing STIPULATION OF EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT, with the clerk of court for the United States District Court, Eastern District of Tennessee, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented to accept service by electronic means.

/s/ Russell E. Stair