IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| BOB DeWITT and PEGGY DeWITT | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:11-CV-00393 |
| | ) |
| SPARTA INSURANCE CO., and | ) |
| ARTHUR J. GALLAGHER RISK | ) |
| MANAGEMENT SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to a settlement agreement between the parties, Plaintiffs Bob DeWitt and Peggy DeWitt and Defendant SPARTA Insurance Co. hereby stipulate pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) to a dismissal of all claims in this action, with prejudice, and with each party to bear its own fees, expenses, and costs.

Respectfully submitted,

_s/Jay W. Mader (w/ permission)_____
Jay W. Mader (BPR #016199)
Thomas M. Cole (BPR #001053)
ARNETT, DRAPER & HAGOOD
P O Box 300
Knoxville, TN 37901-0300
Tel: (865) 546-1000

*Counsel for Plaintiffs Bob DeWitt and Peggy DeWitt*

_s/Russell E. Stair_____
Russell E. Stair, Esq. (BPR # 23033)
BASS, BERRY & SIMS
1700 Riverview Tower
900 S. Gay Street
Knoxville, Tennessee 37902
Tel: 865-521-2021
Fax: 866-299-5619
E-mail: rstair@bassberry.com

*Counsel for Defendant SPARTA Insurance Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2011, I electronically filed the foregoing with the clerk of court for the United States District Court, Eastern District of Tennessee, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented to accept service by electronic means.

                                                              s/Russell E. Stair